First National Bank & Trust Company of Mamaroneck et al., Respondents, v. Mamaroneck Hotel Corporation et al., Defendants; Reuben P. Brewer et al., as Executors of Burton C. Meighan, Sr., Deceased, et al., Defendants-Respondents, and Aimee Underhill, as Executrix of Walter Underhill, Deceased, Defendant-Appellant.

Argued May 17, 1943; decided May 27, 1943.

*Monroe J. Cahn* for motion.

*Hurlbert McAndrew* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that it does not appear that any constitutional question is directly involved.